Case 4:05-cv-00577   Document 59   Filed in TXSD on 05/31/06   Page 1 of 2

United States Courts
Southern District of Texas
FILED

MAY 3 1 2006

Michael N. Milby, Clerk of Court

INTERROGATORY NO.: 1

Do you find that Defendant subjected Plaintiff to a hostile work environment based on his race?

Answer "YES" or "NO"

Answer: __No__

If you have answered "YES" to Interrogatory No. 1 then answer the next Interrogatory. Otherwise, do not answer it.

INTERROGATORY NO.: 2

What sum of money, if any, if now paid in cash do you find would reasonably and fairly compensate Plaintiff for his damages, if any, that were caused by Defendant's conduct?

(Answer in dollars and cents, if any, or NONE)

Compensatory damages: _____

19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEE BUMPERS, | S | |
| Plaintiff | S | |
| | S | |
| | S | CA NO.: H- 05-0577 |
| | S | (Jury) |
| HARRIS COUNTY, TEXAS, | S | |
| Defendant | S | |

## VERDICT

We, the jury, find in this case, unanimously, as indicated in the answers to the foregoing Interrogatories.

SIGNED at Houston, Texas on this 31 day of MAY, 2006.

_____
FOREPERSON OF THE JURY

20