IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEE BUMPERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 05-577 |
| | § | |
| HARRIS COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

As the jury has returned its verdict in favor of the Defendant on the Plaintiff's hostile work environment claim, the Court hereby

ORDERS that final judgment be entered in accordance with the jury's verdict. Plaintiff Lee Bumpers shall take nothing from Defendant Harris County, Texas. This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this __31__ day of May, 2006.

DAVID HITTNER
United States District Judge